FILED
2025 DEC 29 PM 1:25
CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**STATE OF UTAH**

| | |
|---|---|
| SHYANE HARDEN,  Plaintiff, | ) ) ) |
| v. | ) **CAUSE NO: 1-25-CV-00080** ) ) ) ) |
| KIER MANAGEMENT, ET AL  Defendants, | ) ) |

**MOTION TO DISMISS**

Comes now Plaintiff and moves to dismiss the above-entitled cause WITHOUT prejudice.

/s/ SHYANE HARDEN
Printed: SHYANE HARDEN
Date: 12/29/2025

**ORDER**

Comes now the court and having reviewed the Plaintiff's Motion To Dismiss and being duly advised now finds that it should be granted.

IT IS THEREFORE ORDERED that the above entitled cause is dismissed WITHOUT prejudice.

SO ORDERED THIS ____ DAY OF _____, 20____.

_____
JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this <u>29th</u> day of <u>     December          </u>, 20<u>25</u>, the foregoing was served upon the following persons, by <u>USPS POSTAL SERVICE.</u>              <u> .</u>

1) **KIER MANAGEMENT**

    **1012 CHAMBERS ST.**

    **SOUTH OGDEN, UT 84403**

2) **BRAMBLEWOOOD APARTMENENTS**

    **173 DAN ST**

    **ODGEN UT, 84404**

<u>12/29/2025</u>                                    <u>/s/Shyane Harden</u>_____
Date                                              Signature